**FILED**

01/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0043

 **ORIGINAL**

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0043

TIMOTHY J. WHALEN,

    Plaintiff,

ONDESSONK, LLC,

    Plaintiff and Appellant,

    v.

BEARTOOTH ELECTRIC COOPERATIVE,
INC.,

    Defendant and Appellee.

**O R D E R**

Plaintiff Timothy J. Whalen, as Registered Agent for Plaintiff and Appellant Ondessonk, LLC, appeals from the August 12, 2022 Order Requiring Plaintiffs Hire Counsel or Ondessonk, LLC Be Dismissed as a Plaintiff for Failure to Prosecute from the Twenty-Second Judicial District Court, Stillwater County, entered in that court's Cause No. DV-11-88.

The District Court issued an Order Granting Motion for Rule 54 Certification on December 14, 2022. Whalen filed a Notice of Appeal in this matter on January 18, 2023. In that Notice, and in compliance with M. R. App. P. 4(4)(b), Whalen indicated the appeal was not a final order but was an appeal from an order certified as final under M. R. Civ. P. 54(b).[1]

---

[1] Although Whalen's Notice of Appeal stated that he was appealing the District Court's August 12, 2022 Order, the District Court's Rule 54 Order certified as final its September 13, 2022, Order Dismissing Ondessonk, LLC as a Plaintiff for Failure to Prosecute. This discrepancy has no impact on our resolution of this matter.

An LLC must appear through a licensed attorney to assert its claims. *Sagorin v. Sunrise Heating & Cooling, LLC*, 2022 MT 58, ¶ 18, 408 Mont. 119, 506 P.3d 1028. As a non-attorney, Whalen can neither appeal the District Court's ruling on behalf of Ondessonk, LLC, nor represent Ondessonk, LLC, before this Court. *Rafes v. McMillan*, 2022 MT 13, ¶ 21, 407 Mont. 254, 503 P.3d 674. Should Ondessonk, LLC, wish to pursue an appeal in this case, it must do so through legal counsel.

IT IS THEREFORE ORDERED that this appeal is DISMISSED WITHOUT PREJUDICE.

Dated this 31st day of January, 2023.

_____

_____

_____

_____

_____
Justices